```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION


WILLIAM D. BRYANT, JR.,
SUCCESSOR-IN-INTEREST TO
MARY ANNE BRYANT                                PLAINTIFF


VS.                          CIVIL ACTION NO. 3:03CV250TSL-MTP


WYETH, INC., WYETH
PHARMACEUTICALS, AND
JOHN DOES 1-10                                  DEFENDANTS
```

## JUDGMENT

In accordance with the court's memorandum opinion and order entered this date, it is ordered and adjudged that this cause is dismissed with prejudice.

SO ORDERED AND ADJUDGED this 8th day of September, 2011.

```
                           /s/ Tom S. Lee
                          UNITED STATES DISTRICT JUDGE
```